

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | | SOUTHERN DIVISION |
|---|---|---|
| 312 North Spring Street, Room G-8 | | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | | (714) 338-4750 |

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**FILED**
JUL 0 1 2008  NF
July 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

June 25, 2008

USDC Northern District of Illinois
2046 Everett McKinley Dirksen
219 South Dearborn Street
Chicago, IL 60604

Re: Transfer of Our Case No. CR07-568-SVW

Assigned Your Case No. 07-cr-362-Judge Moran

Case Title: USA v. Jorge Romero

Dear Sir/Madam:

☐ Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter which has been approved by this court. Please present them to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please indicate same on the copy of this letter and return that also.

☒ Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of: 1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

Sincerely,

Clerk, U.S. District Court

By Phyllis Lopez
Deputy Clerk

cc: Probation Office, Central District of California
Probation Office, District of Origin

================================================================================
**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

Clerk, U.S. District Court

_____    By _____
Date                          Deputy Clerk

CR-22 (01/01)     **TRANSMITTAL LETTER - PROBATION TRANSFER OUT**



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

June 25, 2008

USDC Northern District of Illinois
2046 Everett McKinley Dirksen
219 South Dearborn Street
Chicago, IL 60604

Re: Transfer of Our Case No. CR07-568-SVW

Assigned Your Case No. 07-cr-362-Judge Moran

Case Title: USA v. Jorge Romero

Dear Sir/Madam:

☐ Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter which has been approved by this court. Please present them to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please indicate same on the copy of this letter and return that also.

☒ Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of: 1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

Sincerely,

Clerk, U.S. District Court

By Phyllis Lopez
    Deputy Clerk

cc: Probation Office, Central District of California
    Probation Office, District of Origin

===============================================================================
**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

Clerk, U.S. District Court

By _____
    Deputy Clerk

_____
Date

CR-22 (01/01)     **TRANSMITTAL LETTER - PROBATION TRANSFER OUT**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CRIMINAL DOCKET FOR CASE #: 2:07-cr-00568-SVW-1

Case title: USA v. Romero
Magistrate judge case number: 2:07-mj-00848-DUTY

Date Filed: 06/21/2007
Date Terminated: 09/19/2007

Assigned to: Judge Stephen V. Wilson

### Defendant (1)

**Jorge Romero**
*TERMINATED: 09/19/2007*
*also known as*
Jorgeromero512
*TERMINATED: 09/19/2007*
*also known as*
KAL-EL
*TERMINATED: 09/19/2007*
*also known as*
Jromero512
*TERMINATED: 09/19/2007*
*also known as*
JR-512
*TERMINATED: 09/19/2007*

represented by **Gerald C Salseda**
Federal Public Defenders Office
321 E 2nd St
Los Angeles, CA 90012-4206
213-894-2854
Email: zzCAC_FPD_Document_Receiving@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

FILED
JUL 0 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### Pending Counts
None

### Highest Offense Level (Opening)
None

### Terminated Counts

17:506(a)91)(C) and 18:2319(a)(d)(1)
UPLOADING CPYRIGHTED WORK BEING PREPARED FOR COMMERCIAL DISTRIBUTION
(1)

### Disposition

The defendant is placed on PROBATION for TWENTY-FOUR (24) months. The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318. The defendant shall perform 240 hours of community service. Order to pay special assessment of $100 to the United States Office, which is due immediately. All fines are waived.

## Highest Offense Level (Terminated)

Felony

## Complaints

Defendant in violation of: 17:506(a)(1)(c); 18:2319 (a)(d)(1)

## Disposition

## Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Erik M Silber**<br>AUSA - Office of US Attorney<br>312 N Spring St<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2007 | 1 | COMPLAINT filed as to Defendant Jorge Romero in violation of 17:506(a)(1)(C); 18:2319(a)(d)(1). Approved by Magistrate Judge Patrick J. Walsh. (sce) [2:07-mj-00848-DUTY] (Entered: 06/04/2007) |
| 06/11/2007 | 2 | MINUTES OF INITIAL APPEARANCE ON LOCAL COMPLAINT held before Magistrate Judge Jacqueline Chooljian as to Defendant Jorge Romero. Defendant arraigned and advised of the charges. Defendant states true name as charged. Attorney: Gerald C Salseda for Jorge Romero, DFPD, present. Post-Indictment Arraignment set for 7/2/2007 at 08:30 AM before Duty Magistrate Judge. Tape #: 6/11/07. (sce) [2:07-mj-00848-DUTY] (Entered: 06/13/2007) |
| 06/11/2007 | 3 | NOTICE DIRECTING DEFENDANT TO APPEAR for Preliminary Hearing and Arraignment on Indictment/Information. Defendant Jorge Romero is directed to appear and for Post Indictment Arraignment on 7/2/07 at 8:30am before the Duty Magistrate Judge. (sce) [2:07-mj-00848-DUTY] (Entered: 06/13/2007) |
| 06/11/2007 | 4 | Waiver of Preliminary Hearing, Stipulation & ORDER by Magistrate Judge Jacqueline Chooljian as to Defendant Jorge Romero, Post-Indictment Arraignment set for 7/2/2007 at 08:30 AM before Duty Magistrate Judge. (sce) [2:07-mj-00848-DUTY] (Entered: 06/13/2007) |
| 06/11/2007 | 5 | FINANCIAL AFFIDAVIT filed as to Defendant Jorge Romero. (sce) [2:07-mj-00848-DUTY] (Entered: 06/13/2007) |
| 06/21/2007 | 6 | INFORMATION filed as to Jorge Romero (1) count(s) 1. Offense occurred in LA. (es) (Entered: 06/22/2007) |

| | | |
|---|---|---|
| 06/21/2007 | 7 | CASE SUMMARY filed by AUSA Erik Silber as to Defendant Jorge Romero; defendants Year of Birth: 1983 (es) (Entered: 06/22/2007) |
| 06/21/2007 | 8 | MEMORANDUM filed by Plaintiff USA as to Defendant Jorge Romero. This criminal action, being filed on 6/21/07, is not pending in the U. S. Attorneys Office before September 29, 2000, the date on which Judge Stephen G. Larson began receiving criminal matters. (es) (Entered: 06/22/2007) |
| 06/21/2007 | 9 | MEMORANDUM filed by Plaintiff USA as to Defendant Jorge Romero is seeking authority for an investigative action, being filed on 6/21/07, does not relate to a matter in which Magistrate Judge John Charles Rayburn Jr., Jacqueline Chooljian, Patrick J. Walsh, Jennifer T. Lum, Jeffrey W. Johnson, was personally involved or on which said Magistrate Judge was personally consulted while employed in the U. S. Attorneys Office. (es) (Entered: 06/22/2007) |
| 06/21/2007 | 10 | PLEA AGREEMENT filed by Plaintiff USA as to Defendant Jorge Romero (es) (Entered: 06/22/2007) |
| 06/26/2007 | 11 | Rule 5(c)(3) Documents Received as to Jorge Romero (es) (Entered: 06/27/2007) |
| 06/26/2007 | 12 | Own Recognizance BOND in the amount of $ $4,500 cash Unsecured received from Northern District of Illinois as to Defendant Jorge Romero (es) (Entered: 07/06/2007) |
| 07/02/2007 | 13 | MINUTES OF Arraignment and Change of Plea Hearing held before Judge Stephen V. Wilson as to Defendant Jorge Romero. Defendant states true name is as charged. Defendant sworn. Court questions defendant regarding the plea. The Defendant Jorge Romero (1) pleads GUILTY to Count 1. The plea is accepted. The Court ORDERS the preparation of a Presentence Report. Sentencing set for 9/10/2007 at 11:00 AM before Judge Stephen V. Wilson. Court Reporter: Sandra Becerra. (es) (Entered: 07/09/2007) |
| 07/02/2007 | 14 | MINUTES OF POST-INDICTMENT ARRAIGNMENT: held before Magistrate Judge Paul L. Abrams as to Jorge Romero (1) Count 1. Defendant arraigned, states true name: as charged. Attorney: Gerald Salseda, DFPD, special appearance by Angel Navarro present. Case assigned to Judge Stephen V. Wilson. Counsel to contact the clerk for setting of the plea and for all further proceedings. Court Smart: CS 7/2/07. (mco) (Entered: 07/16/2007) |
| 07/02/2007 | 15 | STATEMENT OF CONSTITUTIONAL RIGHTS filed by Defendant Jorge Romero (mco) (Entered: 07/16/2007) |
| 07/02/2007 | 16 | WAIVER OF INDICTMENT by Defendant Jorge Romero before Magistrate Judge Paul L. Abrams (mco) (Entered: 07/16/2007) |
| 08/28/2007 | 17 | POSITION WITH RESPECT TO SENTENCING FACTORS filed by Plaintiff USA as to Defendant Jorge Romero (Silber, Erik) (Entered: 08/28/2007) |
| 09/06/2007 | 18 | POSITION WITH RESPECT TO SENTENCING FACTORS filed by Defendant Jorge Romero (Salseda, Gerald) (Entered: 09/06/2007) |
| 09/10/2007 | 19 | MINUTES OF SENTENCING Hearing held before Judge Stephen V. Wilson |

| | | |
|---|---|---|
| | | as to Defendant Jorge Romero. Defendant Jorge Romero (1), Count(s) 1, The defendant is placed on PROBATION for TWENTY-FOUR (24) months. The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318. The defendant shall perform 240 hours of community service. Order to pay special assessment of $100 to the United States Office, which is due immediately. All fines are waived. The bond is exonerated. Court Reporter: Sandra Becerra. (mr) (Entered: 09/25/2007) |
| 09/19/2007 | 20 | JUDGMENT AND COMMITMENT by Judge Stephen V. Wilson as to Defendant Jorge Romero (1), Count(s) 1, The defendant is placed on PROBATION for TWENTY-FOUR (24) months. The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318. The defendant shall perform 240 hours of community service. Order to pay special assessment of $100 to the United States Office, which is due immediately. All fines are waived. The bond is exonerated. Signed by Judge Stephen V. Wilson. (mr) (Entered: 09/25/2007) |
| 05/23/2008 | 21 | ORIGINAL AND COPY OF PROBATION FORM 22 sent to USDC USDC Northern District of Illinois at Chicago as to Defendant Jorge Romero. (Attachments: # 1 Transfer of Jurisdiction Prob 22 Part 1)(pj) Additional attachment(s) added on 5/23/2008 (pj, ). (Entered: 05/23/2008) |
| 06/16/2008 | 22 | ORDER RE: TRANSFER OF JURISDICTION filed by Judge Stephen V. Wilson as to Supervised Releasee/Probationer Jorge Romero. Case transferred to USDC Northern District of Illinois at Chicago. (Attachments: # 1 Transmittal Letter Probation Transfer Out) (pj) (Entered: 06/25/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/25/2008 09:48:57 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cr-00568-SVW End date: 6/25/2008 |
| Billable Pages: | 4 | Cost: | 0.32 |

**FILED**

JUL 0 1 2008  NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2007 JUN 21 PM 3:57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
L.A.

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-00568 |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | [17 U.S.C. § 506(a)(1)(C) and 18 U.S.C. § 2319(a), (d)(1): Uploading Copyrighted Work Being Prepared for Commercial Distribution] |
| JORGE ROMERO, ) aka "JROMERO512," ) aka "JORGEROMERO512," ) aka "JR-512," ) aka "KAL-EL," ) Defendant. ) | |

The United States Attorney charges:

[17 U.S.C. § 506(a)(1)(C) and 18 U.S.C. § 2319(a), (d)(1)]

On or about January 6, 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant JORGE ROMERO did willfully infringe the valid United States copyright of a copyrighted work, specifically "24 Series -- Season 6, 6:00 A.M. - 7:00 A.M. Episode," about which Twentieth Century Fox Film Corporation, the copyright holder, had a reasonable expectation of commercial distribution and which, at that time, had not been commercially distributed, by distributing

EMS:MZ  MZ

I hereby attest and certify on 6/25/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1206

1 that work by making it available on a computer network accessible
2 to the public at a time when defendant knew and should have known
3 that the work was intended for commercial distribution.

GEORGE S. CARDONA
United States Attorney

*/s/ Daniel S. Goodman*

DANIEL S. GOODMAN
Assistant United States Attorney
Acting Chief, Criminal Division

MARK C. KRAUSE
ERIK M. SILBER
Assistant United States Attorneys
Cyber & Intellectual Property
Crimes Section

**United States District Court**
**Central District of California**

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No.  CR07-568-SVW |
| **Defendant** Jorge Romero | Social Security No. 9  3  5  1 |
| akas: None | (Last 4 digits) |

### JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 09 | 10 | 2007 |

**COUNSEL**  [X] WITH COUNSEL   Gerald Salseda, DFPD
(Name of Counsel)

**PLEA**  [X] GUILTY, and the court being satisfied that there is a factual basis for the plea.  [ ] NOLO CONTENDERE  [ ] NOT GUILTY

**FINDING**  There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:
Uploading Copyrighted Work Being prepared for Commercial Distribution in violation of 17 USC 506(a)(1)(C), 18 USC 2319(a), (d)(1) as charged in Count 1 of the Indictment

**JUDGMENT AND PROB/ COMM ORDER**  The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: **PROBATION - TWENTY-FOUR (24) MONTHS**

This term consists of 24 months on the Single-Count Information under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318;

2. During the period of community supervision the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment;

3. The defendant shall perform 240 hours of community service, as directed by the Probation Officer;

4. The Court orders that defendant to be gainfully employed on a full-time basis. When not employed, the defendant shall offer evidence of being enrolled, at least part-time, in an educational or vocational program, so that the defendant's hours of community service, per week, can be adjusted accordingly by the Probation Officer;

The bond is exonerated .

**FILED**
JUL 0 1 2008  NF
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

USA vs. Jorge Romero                                    Docket No.: CR07-568-SVW

It is ordered that the defendant shall pay to the United States a special assessment of $100 which is due immediately.

All fines are waived as it is found that the defendant does not have the ability to pay a fine.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

September 19, 2007
Date

*/s/ Stephen V. Wilson*
STEPHEN V. WILSON, U. S. District Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

September 19, 2007                    By          /s/
Filed Date                                  Paul M. Cruz, Deputy Clerk

---

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

☐   The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

USA vs. Jorge Romero                                          Docket No.:   CR07-568-SVW

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

**RETURN**

I have executed the within Judgment and Commitment as follows:

| USA vs. | Jorge Romero | Docket No.: | CR07-568-SVW |

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____          By _____
Date                                   Deputy Marshal

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____          By _____
Filed Date                              Deputy Clerk

---

### FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____                    _____
             Defendant                                       Date

_____                                              _____
U. S. Probation Officer/Designated Witness          Date